CHARLES C. HOSMER, Sheriff of the County of Jefferson, and CHARLES ABRESCH and CHARLES ABRESCH, JR., Copartners Doing Business under the Firm Name and Style of CHARLES ABRESCH & SON, Respondents, *v.* AGRICULTURAL INSURANCE COMPANY, Appellant.

First Department, March 26, 1915.

See head note in *Harburger* v. *Westchester Fire Insurance Co.* (*ante*, p. 1).

APPEAL by the defendant, Agricultural Insurance Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on or about the 23d day of February, 1915, resettling an order which denied the defendant's motion to vacate an order for the examination of a witness before trial.

*Leo Levy*, for the appellant.

*Edward B. Boise*, for the respondents.

PER CURIAM:

For the reasons stated in *Harburger* v. *Westchester Fire Insurance Co.* (167 App. Div. 1), decided herewith, the order appealed from will be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs.

Present — INGRAHAM, P. J., McLAUGHLIN, LAUGHLIN, CLARKE and SCOTT, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.